

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00043-CV

Carlos M. **REYES** and Molly Reyes,
Appellants

v.

Bill W. **BELL** Sr. and Bill Bell Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-09-49378-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellants.

SIGNED June 24, 2015.

_____
Rebeca C. Martinez, Justice